UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reuben B. Woods,                                             Civil 13-737 PJS/FLN

      Plaintiff,

v.                                                                       O R D E R

U.S. Department of
Homeland Security,

      Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 29, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Woods' Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED as moot**; a

2. This action is dismissed.

3. Judgement shall be entered accordingly.

DATED: 02/19/14                                    s/Patrick J. Schiltz
                                                            PATRICK J. SCHILTZ
                                                            United States District Court